IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY ____ D.C.

05 OCT 11 PM 4: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RICHARD CROCKER, GEORGE FERANDES, )
LASHUN FOWLER, WILLIAM MARTINI, )
ROBERT MERRELL, ROLAND MYREE, )
AND MICHAEL YOUNG )
)
Plaintiffs, )
)
v. )
)
GO LOGISTICS, INC. D/B/A )
GO TRANS, INC. )
)
Defendant. )
)

Case No. 05-2749  B  P
Complaint

Demand for Jury Trial

## Order of Special Admission

It appears to the Court that Ms. Claire Shapiro is a member in good standing of the bar of the United States District Court for the District of Columbia and has obtained and become familiar with the Local Rules of this Court and thus meets the requirements of Local Rule 83.1(b) for permission to participate in a particular case. The Court finds Plaintiff's Motion well taken and this 11th day of October, admits Ms. Shapiro *pro hac vice* to appear and participate in the above-captioned case.

_____
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-12-05

(3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02749 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Claire Shapiro
EISEN & SHAPIRO
10028 Woodhill Rd.
Bethesda, MD 20817

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT